STATE OF NORTH CAROLINA v. CLAUDE McCONNELL AND SURETY TAR HEEL BOND COMPANY.

(Filed 28 September, 1949.)

APPEAL by defendant bonding company from *Nettles, J.,* April Term, 1949, TRANSYLVANIA. Affirmed.

Criminal prosecution heard on motion of defendant bonding company to vacate judgment absolute on defendant's appearance bond for want of service of *sci. fa.*

The motion to vacate and set aside judgment absolute was overruled and defendant bonding company appealed.

*Ramsey & Hill for plaintiff appellee.*

*Charles O. P. Trexler for defendant Tar Heel Bond Co. and C. P. Barringer for defendant.*

PER CURIAM. This is a companion case to *S. v. Moore, ante,* p. 648. In all material essentials the facts are the same. The judgment is affirmed on authority of the opinion in that case.

Affirmed.